IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLIFFORD DANIELS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 17-cv-2852 |
| | : | |
| **ANDREW M. SAUL,** | : | |
| **Commissioner of Social Security** | : | |

### ORDER

**AND NOW** this 1st day of March, 2021, upon consideration of the parties' submissions, and after careful and independent review of the Report and Recommendation of United States Magistrate Judge Richard A. Lloret, and the Plaintiff's Objections thereto, it is **ORDERED** that:

1. Plaintiff's Objections [Doc. 23] are **OVERRULED**;
2. The Report and Recommendation [Doc. 22] is **APPROVED** and **ADOPTED**;
3. Petitioner's Request for Review (Doc. Nos. 3, 14) is **DENIED** and the final order of the Commissioner of Social Security is **AFFIRMED**;
4. **JUDGMENT IS ENTERED** in favor of the Defendant, Commissioner of Social Security, and against the Plaintiff;
5. The Clerk shall mark this case **CLOSED** for all purposes including statistics.

BY THE COURT:


*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL, J.